No. 1252. HIGGINS *v.* CARR BROTHERS Co. June 8, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari to the Su-

preme Judicial Court of Maine is granted. In view of the Act of August 24, 1937 (28 U. S. C., § 401), the Court hereby certifies to the Attorney General of the United States that the constitutionality of the Fair Labor Standards Act is drawn in question in this case. *Mr. Franz U. Burkett* for petitioner.